NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CHARLOTTE TAYLOR-TILLOTSON, AND ON BEHALF OF LAWRENCE JOSEPH TILLOTSON (DECEASED),**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Appellee.*

---

2014-5101

---

Appeal from the United States Court of Federal Claims in No. 1:13-cv-00016-CFL, Judge Charles F. Lettow.

---

**ON MOTION**

---

**O R D E R**

Charlotte Taylor-Tillotson moves without opposition for a 60-day extension of time to file her reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

2                              TAYLOR-TILLOTSON v. US


The motion is granted to the extent that Taylor-Tillotson's reply brief is due no later than December 29, 2014.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s27